IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICK J. HOCKENBERRY,
    Petitioner,

v.

LAUREL HARRY, et al.,
    Respondents.

Civil Action No. 3:14-cv-1881

(Judge Mariani)

## ORDER

**NOW, THEREFORE,** this _21st_ day of October, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability

Robert D. Mariani
United States District Judge